*Charles D. Marshall* for Thomas Jordan, Inc.; *Albert L. Hopkins* for Chicago Bridge & Iron Co.; *Ben R. Miller* for American Can Co.; and *Robert E. Leake, Jr.* for Rosson-Richards Processing Co. et al.

No. 278. PRESSER *v.* UNITED STATES. Certiorari, 368 U. S. 886, to the United States Court of Appeals for the Sixth Circuit. Argued March 22, 26, 1962. This case is restored to the calendar for reargument. *John G. Cardinal* argued the cause for petitioner. With him on the briefs were *Edwin Knachel* and *Robert E. Freed*. *Richard J. Medalie* argued the cause for the United States. On the briefs were *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer*.

No. 735. UNITED STATES *v.* SAMPSON ET AL. Appeal from the United States District Court for the Northern District of Georgia. The motion to remand is denied. Probable jurisdiction is noted. *Solicitor General Cox* for the United States. *Randolph W. Thrower* for appellees.

No. 366. DUGAN ET AL. *v.* RANK ET AL.; and
No. 606. CITY OF FRESNO *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of these applications. *Solicitor General Cox, J. William Doolittle, Roger P. Marquis* and *William H. Veeder* for petitioners in No. 366. *John H. Lauten* and *Claude L. Rowe* for petitioner in No. 606 and for respondents in No. 366. *Solicitor General Cox* and *Roger P. Marquis* for the United

States et al., and *Stanley Mosk,* Attorney General of California, *B. Abbott Goldberg, Denver C. Peckinpah, Adolph Moskowitz, James K. Abercrombie, Irl Davis Brett* and *J. O. Reavis* for the State of California et al., respondents in No. 606. Reported below: 293 F. 2d 340.

No. 739. WOLF ET AL. *v.* WEINSTEIN ET AL. C. A. 2d Cir. Certiorari granted. *Melvin Lloyd Robbins* for petitioners. *Harold Harper, Arnold A. Weinstein, Alex L. Rosen* and *Marvin N. Rosen* for respondents. ∎

No. 34. SABA ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Edward Worton* for petitioners. *Solicitor General Cox* for the United States. ∎

No. 51. UNITED GAS PIPE LINE Co. *v.* IDEAL CEMENT Co. C. A. 5th Cir. Certiorari denied. *E. Dixie Beggs* for petitioner. *Marion R. Vickers* for respondent. *Charles S. Rhyne* and *Herzel H. E. Plaine* for the City of Mobile, Alabama, as *amicus curiae,* in support of petitioner. ∎

No. 701. KITCHENS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States. ∎

No. 733. DE LUCIA *v.* FLAGG. C. A. 7th Cir. Certiorari denied. *William Scott Stewart* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for respondent. ∎